THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK NORDONE, etc., v.
EDWARD S. IRELAND and Others, as Sewer Commissioners, etc., Respondents.
— Motion granted in so far as to relieve the relator from the obligation to
print the exhibits.    Present — Jenks, P. J., Rich, Putnam, Blackmar and
Jaycox, JJ.    Order to be settled before Mr. Justice Blackmar.

GERTRUDE M. ROWE, Respondent, v. GEORGE W. SNYDER, Appellant.—
Motion to reinstate appeal granted on condition that appellant pay ten
dollars costs, perfect the appeal, place the case on the December calendar and
be ready for argument when reached; otherwise, motion to reinstate appeal
denied, with ten dollars costs.    Present — Jenks, P. J., Rich, Putnam,
Blackmar and Jaycox, JJ.

JOHN C. SCHRIEVER, Respondent, v. ANTONIO CERASO and Others, Appel-
lants.— Motion granted.    Present — Jenks, P. J., Rich, Putnam, Blackmar
and Jaycox, JJ.

EMILY H. DALZELL, Respondent, v. THE ATCHISON, TOPEKA AND SANTA
FE RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with
costs.    No opinion.    Jenks, P. J., Mills, Rich and Jaycox, JJ., concurred;
Putnam, J., not voting.

GEORGE HOTZ, as Administrator, etc., of HAROLD JOHN HOTZ, Deceased,
Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order
unanimously affirmed, with costs.    No opinion.    Present — Mills, Rich,
Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of CHARLES STRAUSS and Others, Consti-
tuting the Board of Water Supply of the City of New York, to Acquire
Real Estate, etc., in the Towns of Mount Pleasant, Harrison and North
Castle, Westchester County, etc.    Kensico Reservoir (Highways).    THE
CITY OF NEW YORK, Appellant; J. IRVIN MURRAY and Others, Respondents.
— No part of respondents' lands was acquired in this proceeding, nor is any
of it contiguous to land acquired by appellant and no portion thereof abuts
upon any discontinued portion of any of the highways which have been closed
and discontinued by this proceeding.    Respondents' right of recovery cannot
be based upon section 42 of chapter 724 of the Laws of 1905, as amended by
section 9 of chapter 314 of the Laws of 1906, because the statute does not
apply to this proceeding as it is limited to lands within the counties of
Ulster, Albany or Greene.    The lands involved in this proceeding are situ-
ated in the county of Westchester, and it follows that the order is reversed,
with ten dollars costs and disbursements.    Jenks, P. J., Mills, Rich, Kelly
and Jaycox, JJ., concurred.

LYDIA LANGE, Respondent, v. VINCENZO MASSAGLI and Others, Copart-
ners, etc., Appellants.— Judgment and order unanimously affirmed, with
costs.    No opinion.    Present — Mills, Rich, Putnam, Kelly and Jaycox, JJ.